**Dismiss and Opinion Filed August 26, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-20-01084-CV**

**ALFREDO SANCHEZ AND FERMIN LOPEZ, Appellants**
**V.**
**LUIS TORRES, Appellee**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-03653**

## MEMORANDUM OPINION

Before Justices Osborne, Pedersen, III, and Nowell
Opinion by Justice Nowell

Appellants' brief was initially due on March 14, 2021. After granting three extensions of time, we denied appellants' fourth motion for an extension of time and ordered the brief filed by July 26, 2021. We cautioned appellants that the failure to file a brief by that date would result in the dismissal of the appeal for want of prosecution. See TEX. R. APP. P. 38.8(a)(1).

To date, appellants have not filed a brief, filed an extension motion, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal.  *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b), (c).

/Erin A. Nowell//

ERIN A. NOWELL

JUSTICE

201084f.p05



# Court of Appeals
# Fifth District of Texas at Dallas
## JUDGMENT

ALFREDO SANCHEZ AND
FERMIN LOPEZ, Appellants

No. 05-20-01084-CV      V.

LUIS TORRES, Appellee

On Appeal from the 134th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-19-03653.
Opinion delivered by Justice Nowell.
Justices Osborne and Pedersen, III
participating.

In accordance with this Court's opinion of this date, the appeal is
**DISMISSED**.

It is **ORDERED** that appellee LUIS TORRES recover his costs of this
appeal from appellants ALFREDO SANCHEZ AND FERMIN LOPEZ.

Judgment entered this 26th day of August, 2021.